AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

ATTACHMENT 5

_UNITED STATES_    District of _MASSACHUSETTS_

Jacqueline M. Brewington

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

v.

Nancy Coleman

Defendant

CASE NUMBER: P-2277 @ MEL

05 - 10977 @ MEL

I, _Jacqueline M. Brewington_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☑ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. I don't really recall much on this subject.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment     ☐ Yes     ☐ No
    b.  Rent payments, interest or dividends     ☐ Yes     ☐ No
    c.  Pensions, annuities or life insurance payments     ☐ Yes     ☐ No
    d.  Disability or workers compensation payments     ☑ Yes     ☐ No
    e.  Gifts or inheritances     ☐ Yes     ☐ No
    f.  Any other sources     ☐ Yes     ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    d. I only receive $600.09 dollars per a month for my disability.

AO 240 Reverse (Rev. 10/03)

4. **Do you have any cash or checking or savings accounts?**   ☑ Yes        ☐ No

   If "Yes," state the total amount.   Saving account
   $ 600.09 per month for disability.

5. **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?**   ☑ Yes        ☐ No

   If "Yes," describe the property and state its value.

   yes I own my own real estate but the defendant
   Nancy Coleman has stolen my two car garage
   and the garage go to 25 Bodwell St. Dorchester,
   Mass. 02125, The defendant Nancy Coleman live
   on 92 Bird st. she do not have any business on Bodwell
   st.

6. **List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.**

   Derone C. Brewington
   Noah J. Brewington
   Princessnora Brewington

**I declare under penalty of perjury that the above information is true and correct.**

April-27-2005           Jacquelin M. Brewington
_____          _____
      Date                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.