UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELIN BREWINGTON
    PLAINTIFF

V.                                    CIVIL ACTION

                                      NO. P-2277-0914-E

NANCY COLEMAN
    DEFENDANTS

COMPLAINT   Referred to MJ J6 Dein

1. Jacquelin Brewington I am a resident of Dorchester, Boston, Massachusetts and a citizen of the United States.

2. Nancy Coleman is a resident of Boston, Massachusetts and a citizen of the United States.

Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

4. On March 30, 2003, I, Jacquelin Brewington went to Mrs. Nancy Coleman home at 92 Bird Street. Dorchester, Mass. 02125. I ask Mrs. Coleman did she still have my (2) two car garage and Mrs. Coleman told me yes she still had my (2) two car garage and that James D. Hill had told her that he brought my home. Mrs. Coleman does not live on Bodwell St. at all she live on Bird St. but for years Mrs. Coleman have been trying to steal my (2) two car garage. I ask Mrs. Coleman to stop using my (2) two car garage she would not stop using my garage.

5. To this very day the Defendants Nancy Coleman is still using my (2) two car garage she seen to be a very hard headed woman.

6. On March 30, I, Jacqueline Brewington went over to give Mrs. Coleman this Summons and she would not answer her door bell and she put her dog in her yard so I would be afraid to come on her porch. Then I, Jacquelin went to Mrs. Coleman home again and she had her son Willie Coleman answer the door and told me not to come back to her home, so this is why the defendants don't have a summons.

7. The defendant Nancy Coleman refuse to see me or talk to me she been trying real hard to keep my (2) two car garage.

8. WHEREFORE, I, Jacquelin Brewington demands that the defendant Nancy Coleman stop using my (2) two car garage at once.

9. WHEREFORE, I, Jacqueline Brewington demands judgment against the defendant for damages and such other relief as this Court deems just.

10. I, Jacquelin Brewington demands that the defendant clean up my driveway to my (2) two car garage at once.

11. I, Jacquelin Brewington demands that the defendant fixs all the damages that she cause using my garage.

12. I, Jacquelin Brewington demands that the defendant keep her peoples and herself off my property at once.

13. I, Jacquelin Brewington demands that the defendant stop playing games with me.

14. I, Jacquelin brewington that the defendant pays me in the sum of $200.000 dollars for my pain and suffering.

15. I, Jacquelin Brewington demands that the Court serves the defendants all the legal documents because the defendant have refuse to except them from me.

16. I, Jacquelin Brewington demands that the Court step in and help me out in this matter.

17. I, Jacquelin Brewington demands a trial by jury.


Signature *Jacquelin Brewington*

Name    Jacqueline Brewington

Address P.O. BOX 2932

        LYNN, MASS. 01903

Telephone  1-781-596-3871

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AFFIDAVIT OF JACQUELINE M. BREWINGTON

I, Jacqueline M. Brewington, do hereby depose and states that

1. I, Jacqueline M. Brewington the plaintiff states that the defendant Nancy Coleman did try to steal my (20 two car garages to this very day and the defendant was using all kind of tactics to keep my garage.

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: April-29-2005

Signature *Jacqueline M. Brewington*
Name  Jacqueline M. Brewington
Address  P.O. BOX 2932
         LYNN, MASS. 01903
Telephone  1-781-596-3871

Respectfully, Submitted

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JACQUELINE M. BREWINGTON
    PLAINTIFF


                V                           CIVIL ACTION NO.
                                            P-2277 - 0914-E


NANCY COLEMAN
  DEFENDANT



THE REASON WHY MY CASE IS BEING FILED IN
THIS FEDERAL COURT.


1. I, Jacqueline M. Brewington know for a fact that the
   defendant Nancy Coleman is not suppose to be on Bodwell st
   and the defendant was trying to steal my two car garage
   from day one and I want the defendant to stay away from my
   at once.




            Respectfully, Submitted

(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jacquelin M. Brewington
P.O. Box 2932 Lynn, Mass.
01903

**DEFENDANTS** Nancy Coleman
92 Bird St.
Dorchester, MA 02125

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Suffolk, ss
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Suffolk, ss
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jacquelin M. Brewington
P.O. Box 2932 Lynn, MA 01903
1-781-596-3871

ATTORNEYS (IF KNOWN)
05-10919 MEL

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

X 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | X 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[checkboxes partially illegible — notable marks: X 610 Antitrust; X Copyrights; X 441 Voting; X 550 Civil Rights; X 290 All Other Real Property; X 790 Other Labor Litigation; X 871 IRS – Third Party 26 USC 7609]

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

The defendant Nancy Coleman has stolen my (2) two car garage from me and nancy live on Bird St only.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 300,000   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): yes   JUDGE No Judge   DOCKET NUMBER SUCV2003-0914-F

DATE April-27-2005
SIGNATURE OF ATTORNEY OF RECORD Jacquelin M. Brewington

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

A-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Jacquelin M. Brewington -V- Nancy Coleman

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ✓  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   __ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.                              05-10919 MEL

   __ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   __ V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   Brewington -V- Coleman SUCV2003-00914-E

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   (YES)    NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   (YES)    NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   (YES)    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   (YES)    NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   (YES)    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION    (CENTRAL DIVISION)    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Jacquelin M. Brewington
ADDRESS  P.O. Box 2932 Lynn, MASS 01903
TELEPHONE NO.  1-781-596-3871

(Cover sheet local.wpd - 11/27/00)