UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
                    Plaintiff,

          v.                                    Civil Action No.  05-10919-MEL

NANCY COLEMAN,
                    Defendant

_____

JACQUELINE M. BREWINGTON,
                    Plaintiff,

          v.                                    Civil Action No.  05-10920-MEL

KRIS FRANCOIS, ET AL.,
                    Defendants

ORDER FOR DISMISSAL

LASKER, S.J.

     In accordance with the Memorandum and Order dated June 5, 2005 directing dismissal of

the above captioned cases for the reasons stated therein, it is hereby ORDERED that C.A. 05-10919-

MEL and C.A. 05-10920-MEL are dismissed.


                                        By the Court,

                                        /s/ George Howarth

June 6, 2005                            Deputy Clerk