## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10919

Jacqueline M. Brewington

v.

Nancy Coleman

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 7, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __7/8/05__.

___Buchard___
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10919-MEL

Brewington v. Coleman  
Assigned to: Judge Morris E. Lasker  
Cause: 42:1983 Civil Rights Act  

Date Filed: 04/29/2005  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Jacqueline Brewington**   represented by **Jacqueline Brewington**  
Apt. 3  
P.O. Box 2932  
Lynn, MA 01903  
1-781-596-3871  
PRO SE  

V.

**Defendant**

**Nancy Coleman**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Jacqueline Brewington.(Jenness, Susan) (Entered: 05/04/2005) |
| 04/29/2005 | 2 | COMPLAINT against Nancy Coleman Filing fee: $ 0.00, receipt number 0.00, filed by Jacqueline Brewington.(Jenness, Susan) Additional attachment(s) added on 5/4/2005 (Jenness, Susan). (Entered: |

| | | |
|---|---|---|
| | | 05/04/2005) |
| 04/29/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 05/04/2005) |
| 04/29/2005 | ● | SEALED DOCUMENT placed in secure file room.. (Jenness, Susan) (Entered: 06/10/2005) |
| 05/18/2005 | ●3 | Judge Morris E. Lasker : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis: The Clerk shall not issue summonses at this time pending further review of this case pursuant to 28 U.S.C. section 1915. (Greenberg, Rebecca) (Entered: 05/19/2005) |
| 06/05/2005 | ●4 | Judge Morris E. Lasker : ORDER entered. MEMORANDUM AND ORDER: for the reasons stated in the Memorandum and Order, C.A. 05-10919-MEL and C.A. 05-10920-MEL are dismissed, and Plaintiff is warned that she is subject to sanctions. It is further ordered that the bank card and health card information attached to the complaint in C.A. 05-10920-MEL is sealed.(Greenberg, Rebecca) (Entered: 06/06/2005) |
| 06/06/2005 | ●5 | Judge Morris E. Lasker : ORDER entered. ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 06/06/2005) |
| 06/17/2005 | ●6 | NOTICE OF APPEAL as to 4 Memorandum & ORDER,, 5 Order Dismissing Case by Jacqueline Brewington. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2005. (Howarth, George) (Entered: 07/06/2005) |