**MANDATE**

# United States Court of Appeals
## For the First Circuit



No. 05-2027

CA:05-10919
J. Fisher

JACQUELINE BREWINGTON,

Plaintiff, Appellant,

v.

NANCY COLEMAN,

Defendant, Appellee.

No. 05-2036

CA:05-10920
J. Fisher

JACQUELINE BREWINGTON,

Plaintiff, Appellant,

v.

KRIS FRANCOIS, ET AL.,

Defendants, Appellees.

Before

Lynch, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: March 1, 2006

We affirm the dismissal of these cases, substantially for the

reasons given in the district judge's Memorandum and Order dated June 5, 2005.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAR 22 2006

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Ms. Brewington]